UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>)<br>Gomez - Romo )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08MJ 1693 - JMA<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

Rafael Felix - Garcia

DATED:   6/12/08

RECEIVED _____
              DUSM

OR

UNITED STATES DISTRICT/MAGISTRATE JUDGE

W. SAMUEL HAMRICK, JR.   Clerk

by _____
              Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082