UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08MJ1693-JMA |
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | RELEASING MATERIAL WITNESS |
| Gomez-Romo | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court))

Sergio Frutis

DATED: 6/12/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082